1000

No. 1455, Misc. MANIER *v.* NEIL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1480, Misc. GALLOWAY *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Samuel C. Coleman* for petitioner. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 1484, Misc. STEWART *v.* CHICAGO HOUSING AUTHORITY. Sup. Ct. Ill. Certiorari denied. *Marshall Patner* for petitioner. *Henry F. Jankowicz* for respondent.

No. 1493, Misc. WILLIAMS *v.* IOWA BOARD OF PAROLE ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 1499, Misc. BARTLETT *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 1501, Misc. PALUMBO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 1502, Misc. CERULLO *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Amy Juviler,* Assistant Attorney General, for respondent.

No. 1505, Misc. BROOKE *v.* FAMILY COURT OF NEW YORK, COUNTY OF BROOME. C. A. 2d Cir. Certiorari denied.